UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA'S PHOTOGRAPHY, INC.,

                              Plaintiff,

        against

ASHLEY ZHANG JEWELRY, INC.,

                              Defendant.

CIVIL ACTION NO.: 19 Civ. 9237 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

        In light of the parties' notice of settlement (ECF No. 14), the Initial Conference scheduled

for Wednesday, January 8, 2020 at 11:00 am is adjourned <u>sine die</u>.

Dated:        New York, New York
              January 7, 2020

                              SO ORDERED

                              _____

                              SARAH L. CAVE
                              **United States Magistrate Judge**